IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MORGAN, | No. CIV S-09-2155 WBS GGH P |
| Plaintiff | |
| vs. | |
| JOHN W. HAVILAND, Warden | ORDER |
| Defendant. | |
| _____/ | |

      Plaintiff is a state prisoner proceeding pro se.  He seeks relief pursuant to Title II of the Americans with Disabilities Act (ADA).  By concurrent <u>Order & Findings and Recommendations</u> plaintiff's claim against one other defendant was dismissed.

      Plaintiff's complaint states a cognizable claim for relief against the California Department of Corrections and Rehabilitation.  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendant: the California Department of Corrections and Rehabilitation.

      2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons,

1

an instruction sheet and a copy of the complaint filed August 5, 2009.

      3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

          a.  The completed Notice of Submission of Documents;

          b.  One completed summons;

          c.  One completed USM-285 form for each defendant listed in number 1 above; and

          d. Two copies of the endorsed complaint filed August 5, 2009.

      4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: November 4, 2009

                               /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE

GGH:AB
morg2155.srv

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE MORGAN,                                           No. CIV S-09-2155 WBS GGH P

      Plaintiff

  vs.

JOHN W. HAVILAND, Warden                    NOTICE OF SUBMISSION
          Defendants.                                OF DOCUMENTS
_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__ completed summons form

      __1__ completed USM-285 forms

      __2__ copies of the __August 5, 2009__
                                         Amended Complaint

DATED:

                                                                    _____
                                                                    Plaintiff