IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE MORGAN,

     Plaintiff,                   No. 2: 09-cv-2155 WBS KJN P

    vs.

JOHN W. HAVILAND, et al.,

     Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' February 9, 2011 motion for discovery and request for extension of time to respond to plaintiff's summary judgment motion. Defendants' motion is construed as having been brought pursuant to Federal Rule of Civil Procedure 56(f):

> If a party opposing the motion shows by affidavit that, for specified reasons, it cannot present facts essential to justify its opposition, the court may:
> (1) deny the motion;
> (2) order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken; or
> (3) issue any other order.

Fed. R. Civ. P. 56(f).

////

1

On January 14, 2011, defendants filed an answer. On January 21, 2011, the court issued a scheduling order. The discovery cut-off date is May 13, 2011. Pretrial motions, including summary judgment motions, are due on or before August 5, 2011. On February 4, 2011, plaintiff filed a summary judgment motion.

In the pending motion, defendants state that they have propounded written discovery on plaintiff and need to obtain the responses and conduct his deposition in order to adequately prepare an opposition and cross-motion. Defendants request a ninety day extension of time to file their opposition and cross-motion. Good cause appearing, defendants' motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' February 9, 2011 motion for discovery and for an extension of time (Dkt. No. 28) is granted;

2. Defendants' opposition to plaintiff's summary judgment motion and cross-motion for summary judgment are due on or before May 23, 2011.

DATED: March 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mo2155.fr