IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE MORGAN,

    Plaintiff,               No. 2: 09-cv-2155 WBS KJN P

  vs.

JOHN W. HAVILAND, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Pending before the court is defendants' second motion for extension of time to file an opposition to plaintiff's summary judgment motion and to file a cross-motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' motion for extension of time (Dkt. No. 54) is granted;

        2. Defendants' opposition to plaintiff's summary judgment motion and cross-motion for summary judgment are due on or before September 21, 2011.

DATED: August 23, 2011

                                                 _____
                                                 KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE

mo2155.eot(2)

1