IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE MORGAN,

        Plaintiff,                No. 2: 09-cv-2155 WBS KJN P

    vs.

JOHN W. HAVILAND, et al.,

        Defendants.         <u>ORDER</u>

        Plaintiff is a state prisoner, proceeding without counsel, with an action pursuant to the Americans with Disabilities Act ("ADA").

        Plaintiff's request for appointment of counsel was denied at an earlier stage of this action. Now that this action has progressed, appointment of counsel would promote judicial economy. For this reason, plaintiff is granted fourteen days from the date of this order to file a renewed request for appointment of counsel.

        The court will separately set a settlement conference, and jury trial is set before the Honorable William B. Shubb on July 24, 2012. It is unclear whether counsel can be appointed prior to the settlement conference and/or jury trial. However, if plaintiff requests appointment of counsel, the court will make its best effort to locate counsel to represent plaintiff.

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days
2 from the date of this order to file a renewed request for appointment of counsel.
3 DATED: April 26, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mor2155.cou