UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TYRONE MORGAN,

    Plaintiff,  No. 2:09-cv-2155 WBS KJN P

  vs.

JOHN W. HAVILAND, et al.,

    Defendants.  <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding without counsel with an action under 42 U.S.C. § 1983.  On May 16, 2012, plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). (Dkt. No. 83.)  On May 24, 2012, this court granted plaintiff's motion for appointment of pro bono counsel. (Dkt. No. 84.)  Alexandra P. Summer has been selected from the court's pro bono attorney panel to represent plaintiff, and she has accepted the appointment.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Alexandra P. Summer is appointed as counsel in the above entitled matter.

        2.  Alexandra P. Summer shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

////

////

1

1        3. The Clerk of the Court is directed to serve a copy of this order upon Alexandra
2  P. Summer, K&L Gates LLP, 4 Embarcadero Center, Suite 1200, San Francisco, California
3  94111.
4  DATED: June 19, 2012

                                                 _____
                                                 KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE

morg2155.31c